| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | MONICA FERNANDEZ (CSBN 168216)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7065 |
| 7 | FAX: (415) 436-7234<br>E-mail: Monica.L.Fernandez@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 3-05-70675 BZ |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER EXTENDING TIME FOR PRELIMINARY HEARING UNDER RULE 5.1(d) |
| FAREEDA LAKHANI, | ) | |
| Defendant. | ) | |

This matter came on the calendar of the Honorable Joseph C. Spero on September 1, 2005 for preliminary hearing or arraignment. At the parties' request, the Court continued the matter until September 16, 2005 for preliminary hearing or arraignment. The defendant consented to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d).

The parties requested a Rule 5.1(d) extension of time until September 16, 2005 based upon the need for effective preparation of counsel. The government has recently provided

[~~PROPOSED~~] ORDER EXTENDING TIME FOR
PRELIMINARY HEARING UNDER RULE 5.1(d)
No.: CR 3-05-70675 BZ

1  discovery to the defense and the parties are engaged in discussions which might lead to pre-
2  indictment resolution of this case.  Therefore, the parties are requesting an extension of time
3  under Rule 5.1(d).  The parties agree that the time from September 1 through September 16, 2005
4  should be extended under Rule 5.1(d).

5       Accordingly, the Court HEREBY ORDERS, for good cause shown, that the preliminary
6  hearing should be extended under Rule 5.1(d).  The Court finds that the parties' request, made
7  with the defendant's consent and upon a showing of good cause, outweighs the public interest in
8  the prompt disposition of criminal cases.  See Fed. R. Crim. P. 5.1(d)

9       SO ORDERED.

10

11  DATED: Sept. 2, 2005

                                                                                         _____
12                                                             HONORABLE JOSEPH C. SPERO
                                                           UNITED STATES MAGISTRATE JUDGE

13  Approved as to form:

14

15  /s/ Stephen Eckdish
    STEPHEN ECKDISH
16  Attorney for Defendant

17

18  /s/ Monica Fernandez
    MONICA FERNANDEZ
19  Assistant United States Attorney

[PROPOSED] ORDER EXTENDING TIME FOR
PRELIMINARY HEARING UNDER RULE 5.1(d)
No.: CR 3-05-70675 BZ            2